The United States Courts for the Eastern District of Pennsylvannia

−Notice to the Courts−

At or around the time of 1:00pm on 7/23/2021 I woke up with my stuff thrown about, I have a large "Knot" on my head and a severe headache. I could die and the correctional officers <u>WILL NOT know</u> until they find me dead. Already in rigimortis. I will take this to the supreme Court but, my life being put into a position of worthlessness really defeats the saying "all people(men) are born equal" and the presumption of innocents until proven guilty, being axiomatic and at the basis of a free society is DESTROYED in this disgusting Corrupt facility. "Deliberate Indifference" is not just a good pleading in this pathetic situation, it is almost unarguable your Honor.

−I declare under Penalty of Perjury that all information as within this document and attachment are TRUE and CORRECT.

**PRIMECARE**
**Medical, Inc.**

## Sick Call/Medical Request

Inmate: Please fill out this form as clearly as possible.

Name: August B. Kreis IV    Unit: RHU-13

Date of Birth: */*/1988    [X] Male [ ] Female

Date of Request: 7/24/2021

Request for: [ ] Doctor*  [ ] Dentist*  [ ] Mental Health  [ ] Eye Doctor

Describe Problem: At around 1:00pm I woke up with my belongings thrown about and now I have a severe headache and lump and on my head. The officers on the block would have no idea.

*Please refer to your inmate handbook, you may be charged for these services. Lack of funds WILL NOT prevent you from receiving medical care.

### PLEASE DO NOT WRITE BELOW THIS AREA

TRIAGE:    [ ] RN/LPN    [ ] Dentist    [ ] Mental Health

Brief Description of Need:

_____

_____

_____

_____

_____

Referred to: _____    Referral Date: _____

Professional' Signature: _____

Title: _____

NCP Form No. NCP-192

**COUNTY OF NORTHAMPTON**
**Northampton County Jail**
666 Walnut Street
Easton, Pennsylvania 18042

inmate # 5264

Legal Mail

**INMATE MAIL** This correspondence is from a County Jail and the sender is an inmate. The contents have not been evaluated. Northampton County Jail is not responsible for the contents or debts incurred.

LEHIGH VALLEY PA 180
27 JUL 2021 PM 3 L

U.S. POSTAGE » PITNEY BOWES
ZIP 18042 $ 000.51⁰
02 4W
0000379641 JUL 27 2021

Clerk of Court, EDPa
James A. Byrne U.S. Courthouse
Room 2609
601 Market Street
Philadelphia, PA 19106

19106-179699

U.S.M.S. X-RAY