## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

|  |  |
|---|---|
| **AUGUST B. KREIS, IV**<br><br>                    **Plaintiff,**<br><br>          **v.**<br><br>**NORTHAMPTON COUNTY PRISON,** *et al.*<br><br>                    **Defendants.** | **CIVIL ACTION NO. 21-2360** |

### ORDER

**AND NOW**, this 29th day of September 2025, upon consideration of the pending motions and the responses thereto, and for the reasons stated in the accompanying Memorandum Opinion, it is hereby **ORDERED** that:

1.     The Motion to Compel security footage [Doc. No. 149] is **DISMISSED as moot** as Defendants represent that they have produced the body-worn camera video of the event at issue and that there is no CCTV video of the event.

2.     The Motion for Summary Judgment of the PrimeCare Defendants [Doc. No. 174] is **DENIED** as to the claims relating to the failure to provide Plaintiff's medication as to Defendant Shane P. Caffery, and is **GRANTED** as to the claims against all other PrimeCare Defendants.

3.     The Motion for Summary Judgment of the NCP Defendants [Doc. No. 176] is **DENIED** as to the claims of excessive force against Defendants Jeremy Ackerman and Michael Gazzano, and is **GRANTED** as to the claims against all other NCP Defendants.

4.     The Court will list the case for trial on a date certain by separate order.

5.      The Motions in *Limine* [Doc. No. 190, 191, 195, 196, and 198] are **DISMISSED without prejudice** with leave to renew, if appropriate, in accordance with the trial scheduling order that will be entered.

6.      The Motion to Appoint Counsel [Doc. No. 199] is **GRANTED** as follows: The Clerk of the Court is hereby **DIRECTED** to refer this matter to the Prisoners' Civil Rights Panel for the Eastern District of Pennsylvania for possible appointment of counsel for a period of 30 days. If no counsel volunteers to represent Plaintiff in that time, Plaintiff will continue to represent himself.[1]

7.      The Motion to Reopen Discovery for 30 days [Doc. No. 200] is **DENIED without prejudice** pending possible appointment of counsel.

8.      Counsel for Defendants shall confer with Plaintiff and shall file a status report no later than **October 30, 2025,** as to whether the parties wish to have a settlement conference before a Magistrate Judge.

It is so **ORDERED**.

**BY THE COURT:**

**/s/ Cynthia M. Rufe**

_____

**CYNTHIA M. RUFE, J.**

---

[1] The Court previously listed the case for possible appointment of counsel, but no attorney volunteered to represent Plaintiff at that time. Given the changed posture of the case, the Court will list the case again, for a limited time.